# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### DOCKET NO. 3:06CR00065-W

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **EARL ZACHARY GREEN,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

THIS MATTER is before the Court on Defendant's Motion to File documents and exhibits related to his sentencing hearing (Doc. No. 14), filed June 21, 2007. For the reasons stated in Defendant's motion and for good cause shown, the Court GRANTS Defendant's motion. Document Number 15, including its exhibits, are hereby ORDERED TO BE SEALED.

IT IS SO ORDERED.

Signed: June 25, 2007

Frank D. Whitney
United States District Judge